1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile: (415) 576-9929
4  Email: Lawbw@aol.com

5  Attorney for Plaintiff
   Xiangrui MENG

6
                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA

8  Xiangrui MENG                    )
                                     )  C 07 3016
9                                    )  Case No.
               Plaintiff,            )
10                                   )  PLAINTIFF'S ORIGINAL EDL
                                     )  COMPLAINT FOR WRIT IN THE
11  vs.                              )  NATURE OF MANDAMUS
                                     )
12  MICHAEL CHERTOFF, Secretary of the )
    Department of Homeland Security;  )
13  CONDOLEEZZA RICE, Secretary of State; )
                                     )
14             Defendants.           )
                                     )
15 ─────────────────────────────────

16        Plaintiff Xiangrui MENG, by and through his undersigned attorney, sues Defendants and

17  states as follows:

18  1.    This action is brought against the Defendants to compel action on an approved and reopened

19  Form I-730, Refugee Asylee Relative Petition, properly filed by Plaintiff Xiangrui MENG on behalf

20  of Plaintiff's wife, Ying XU, The application remains within the jurisdiction of the Defendants, who

21  have improperly withheld action on said applications to Plaintiff's detriment.

22                                        **PARTIES**

23  2.    Plaintiff Xiangrui MENG is native and citizen of the People's Republic of China. On

24  September 29, 2003, Plaintiff Xiangrui MENG's Form I-730, or Refugee Asylee Relative

25  Petition, on behalf of Ying XU, Plaintiff's wife, was approved by the USCIS, Nebraska Service

26  Center (NSC) (**Exhibit 1: Approval Notice of I-730**). On November 29, 2005, the case was

27  reopened by the NSC (**Exhibit 2: Form I-797 re: reopening of the case**).

28  3.    Defendant Michael Chertoff is the Secretary of the Department of Homeland Security

Case No.:

F:\LING\Mandamus\I-730\MENG Xiangrui\Complaints.wpd

1   (DHS), and this action is brought against him in his official capacity. He is generally charged
2   with enforcement of the Immigration and Nationality Act, and is further authorized to delegate
3   such powers and authority to subordinate employees of the DHS. 8 U.S.C. §1103(a); 8 C.F.R. §
4   2.1.
5   4.     Defendant Condoleezza Rice is the Secretary of State, and this action is brought against
6   her in her official capacity. She is generally charged with visa and travel documents issuance
7   under the INA.

**JURISDICTION**

9   5.     Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*,
10  and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes.

**VENUE**

12  6.     Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action
13  against officers and agencies of the United States in their official capacities, brought in the
14  District where the Plaintiff resides if no real property is involved in the action. Specifically, Plaintiff
15  resides in Alameda, California and no real property is involved in the instant action.

**EXHAUSTION OF REMEDIES**

17  7.     Plaintiff has exhausted his administrative remedies. Plaintiff has made inquiries
18  concerning the said I-730 Petition, to no avail.

**CAUSE OF ACTION**

20  8.     On September 29, 2003, Plaintiff Xiangrui MENG's Form I-730, or Refugee Asylee
21  Relative Petition, on behalf of Ying XU, Plaintiff's wife, was approved by the NSC (**Exhibit 1:**
22  **Approval Notice of I-730**). As Plaintiff's wife never received the interview notice., the case was
23  administratively closed. On November 29, 2005, the case was reopened by the NSC (**Exhibit 2:**
24  **Form I-797 re: reopening of the case**). According to a response dated March 1, 2007 from the
25  USCIS American Embassy in Beijing, Plaintiff's wife's case remains "administratively closed"
26  (**Exhibit 3: Letter from American Embassy Beijing**).
27  9.     Defendants have unreasonably delayed in and have refused to adjudicate Plaintiff's I-730
28  Petition for more than three years and eight months from the date of its filing and one year and six

1  months from the date of its reopening., thereby depriving him of the right to a decision on his
2  petition and the peace of mind to which Plaintiff is entitled.
3  10.    Plaintiff has been damaged by the failure of Defendants to act in accord with their duties
4  under the law.
5          (a)    Plaintiff has been damaged by simply being deprived of the adjudication of his
6                 Form I-730 petition for more than four years and two months since its filings.
7                 Plaintiff has been unable to reunite in the United States with his wife, who still
8                 remains in China (**Exhibit 4: Current Address and Phone Number in China**),
9                 due to the pendency of his I-730 petition.
10 11.    The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 *et seq.*,
11 are unlawfully withholding or unreasonably delaying action on Plaintiff's I-730 Petition and have
12 failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's
13 case.

## PRAYER

15 12.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff
16 respectfully prays that the Defendants be cited to appear herein and that, upon due consideration,
17 the Court enter an order:
18         (a)    requiring the defendants to complete the processing expeditiously without further
19                delay or in accordance with the Court ruling;
20         (b)    requiring further the defendants to issue travel documents expeditiously without
21                further delay or in accordance with the Court ruling;
22         (c)    declaring the Plaintiff as the prevailing party and awarding Plaintiff reasonable
23                attorney's fees under the Equal Access to Justice Act upon motion; and
24         (e)    granting such other relief at law and in equity as justice may require.
25
26 Dated: June 8, 2007                                    Respectfully submitted,
27
28

1
2
3
4   _____
    Justin X. Wang, Esq.
    Attorney for Plaintiff
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATION OF INTERESTED ENTITIES OR PERSON**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 8, 2007                                  Respectfully submitted,

Justin X. Wang, Esq.
Attorney for Plaintiff

## LIST OF ATTACHMENTS

| *Exhibit* | *Description* |
|---|---|
| 1 | **Approval Notice of I-730** |
| 2 | **Form I-797 re: reopening of the case** |
| 3 | **Letter from American Embassy Beijing** |
| 4 | **Current Address and Phone Number in China** |

Case No.:

6

F:\LING\Mandamus\I-730\MENG Xiangrui\Complaints.wpd

Exhibit 1

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-03-131-52709 | | CASE TYPE  I730<br>REFUGEE ASYLEE RELATIVE PETITION |
|---|---|---|
| RECEIPT DATE<br>March 18, 2003 | PRIORITY DATE | PETITIONER  A96 160 899<br>MENG, XIANGRUI |
| NOTICE DATE<br>September 29, 2003 | PAGE<br>1 of 1 | BENEFICIARY  A96 495 930<br>XU, YING |

XIANGRUI MENG
616 NATOMA STREET APT 137
SAN FRANCISCO CA 94103

Notice Type:  Approval Notice
Class: ASY

Your Refugee/Asylee Relative Petition for the family member(s) listed on this notice has been approved in accordance with Section 208 of the Immigration and Nationality Act, and forwarded to the Department of State National Visa Center, 32 Rochester Ave., Portsmouth, NH 03801. This completes all INS action on this petition.

The Department of State will notify the U.S. Embassy or Consulate abroad having jurisdiction over the area where your relative(s) resides. The consular post will contact your relative(s) regarding procedures to be followed for travel to the United States.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 09/07/93)N

Exhibit 2

Department of Homeland Security
U.S. Citizenship and Immigration Service

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I730 |
|---|---|---|
| LIN-03-131-52709 | | REFUGEE ASYLEE RELATIVE PETITION |
| RECEIPT DATE | PRIORITY DATE | PETITIONER A96 160 899 |
| March 18, 2003 | | MENG, XIANGRUI |
| NOTICE DATE | PAGE | |
| November 29, 2005 | 1 of 1 | |

XIANGRUI MENG
5139 GEARY BLVD
SAN FRANCISCO CA 94118

After review, we have reopened the above application or petition, or reconsidered the decision previously issued. You will receive a notice under separate cover once all action has been completed.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



Form I-797 (Rev. 01/31/05) N

Exhibit 3

U.S. Department of Homeland Security
USCIS, American Embassy Beijing
PSC 461, Box 50
FPO AP 96521-0002



**U.S. Citizenship and Immigration Services**

March 1, 2007

Attention: Anders L. Johnson

VIA Fax: (415) 221-2860
RE: MENG, Lingxuan (A 96 495 931)
XU, Ying (A 96 495 930)

Dear Sir:

Thank you for your recent inquiry concerning the above-referenced I-730 beneficiaries.

This office has received the DS non-immigrant visa application forms and an "Immediate Response Needed" notice from MENG, Lingxuan (A96495931). This office has received the results of security background checks for him. The beneficiary is going to be scheduled an interview in accordance to this office's working schedule for the I-730 case interviews. This office will notify the beneficiaries of the interview appointment and an interview packet will be sent to him. We asked the beneficiary XU, Ying (A96495930) appear for an interview on April 12, 2004 but the beneficiary failed to appear. Her case was administratively closed as a "no-show" and was returned to the Nebraska Service Center (NSC) on October 12, 2004. Therefore, please write to the NSC and request that the case be re-sent to our office.

We strongly advise your constituent to provide the NSC with an address for the beneficiaries in Mandarin characters. The mailing address is: USDHS/CIS, Nebraska Service Center, I-730 Unit PO Box 8730, Lincoln, NE 68501-7730

Thank you for the opportunity to address your inquiry. I hope that this information is useful to you.

Sincerely,

DHS/USCIS
Beijing, China

www.uscis.gov

Exhibit 4

Current Address and phone number for Ying XU:

3-3-309 Xinwenli, Machangjie, Hexi District
Tianjin
China
Zip code: 300074

Tel:   86-136-7212-2979;        86-133-7030-8519

中国天津河西区马场街新闻里 3-3-309
邮编: 300074
徐英 收