SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XIANGRUI MENG,<br><br>           Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>CONDOLEEZZA RICE, Secretary of State,<br><br>           Defendants. | No. C 07-3016 EDL<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

    The plaintiff, by and through his attorney of record, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about June 11, 2007. Defendants' response is currently due on August 13, 2007.

    2. Pursuant to this Court's June 11, 2007 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on September 11, 2007, and attend a case management conference on September 18, 2007.

    3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the defendants hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stipulation for Extension
C07-3016 EDL                                                        1

| | | |
|---|---|---|
| 1 | Last day to file Defendants' Answer: | September 13, 2007 |
| 2 | Last day to file Joint ADR Certification: | September 25, 2007 |
| 3 | Last day to file/serve Joint Case Management Statement: | October 9, 2007 |
| 4 | Case Management Conference: | October 16, 2007, at 10:00 a.m. |

Date: August 13, 2007                                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


            /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants


Date: August 13, 2007                            /s/
JUSTIN X. WANG
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: _____
ELIZABETH D. LAPORTE
United States Magistrate Judge

Stipulation for Extension
C07-3016 EDL                                    2