1  SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6     Telephone: (415) 436-6730
FAX: (415) 436-6927
7
Attorneys for Defendants
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  XIANGRUI MENG,                          )
                                            )  No. C 07-3016 EDL
13                      Plaintiff,          )
                                            )
14            v.                            )  **STIPULATION TO EXTEND DATE OF**
                                            )  **CASE MANAGEMENT CONFERENCE;**
15  MICHAEL CHERTOFF, Secretary of the      )  **AND [PROPOSED] ORDER**
Department of Homeland Security;           )
16  CONDOLEEZZA RICE, Secretary of State,  )
                                            )
17                      Defendants.         )

18  _____

19        The plaintiff, by and through his attorney of record, and defendants by and through their

20  attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

21        1.  Plaintiff filed this action on or about June 11, 2007.  Defendants' response is currently due

22  on August 13, 2007.

23        2.  Pursuant to this Court's June 11, 2007 Order Setting the Case Management Conference, the

24  parties are required to file a joint case management statement on September 11, 2007, and attend a

25  case management conference on September 18, 2007.

26        3.  In order to allow sufficient time for Defendants to consider an alternative resolution to this

27  case and/or Answer and prepare a joint case management statement, the defendants hereby

28  respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stipulation for Extension
C07-3016 EDL                              1

1  Last day to file Defendants' Answer:                         September 13, 2007

2  Last day to file Joint ADR Certification:                    September 25, 2007

3  Last day to file/serve Joint Case Management Statement:   October 9, 2007

4  Case Management Conference:                                  October 16, 2007, at 10:00 a.m.

5  Date: August 13, 2007                          Respectfully submitted,

6                                                 SCOTT N. SCHOOLS
                                                   United States Attorney
7

8                                                 _____/s/_____
                                                   MELANIE L. PROCTOR
9                                                 Assistant United States Attorney
                                                   Attorneys for Defendants
10

11 Date: August 13, 2007                          _____/s/_____
                                                   JUSTIN X. WANG
12                                                 Attorney for Plaintiff

13

14                              **ORDER**

15     Pursuant to stipulation, IT IS SO ORDERED.

16

17 Date:    August 14, 2007

18 ELIZABETH D. LAPORTE
   United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

Stipulation for Extension
C07-3016 EDL                          2