1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                      UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11
   XIANGRUI MENG,                          )   No. C07-03016 EDL
12                                         )
                    Plaintiff,             )
13                                         )
           v.                              )
14                                         )   STIPULATED DISMISSAL
   MICHAEL CHERTOFF, Secretary of the      )
15 Department of Homeland Security, and    )
   CONDOLEEZA RICE, Secretary of the       )
16 Department of State,                    )
                                           )
17                  Defendants.            )
                                           )
18

19      Plaintiff, by and through his attorney of record, and Defendants, by and through their

20 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

21 entitled action without prejudice in light of the fact that the United States Citizenship and

22 Immigration Services has scheduled his family for an interview on their I-730 petitions, and will

23 expeditiously process the applications.

24 ///
25 ///
26 ///
27 ///
28 ///

DEFENDANTS' ANSWER
C07-03016 EDL

1 | Each of the parties shall bear their own costs and fees.

2 | Date: September 11, 2007                                   Respectfully submitted,

3 | SCOTT N. SCHOOLS
United States Attorney

4 |

5 | _____/s/_____
MELANIE L. PROCTOR

6 | Assistant United States Attorney
Attorneys for Defendants

7 |

8 | Date: September 11, 2007                         _____/s/_____
JUSTIN X. WANG

9 | Attorney for Plaintiff

10 |

11 | **ORDER**

12 | Pursuant to stipulation, IT IS SO ORDERED.

13 |

14 | Date: _____
ELIZABETH D. LAPORTE
United States Magistrate Judge