SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| XIANGRUI MENG, | ) | No. C07-03016 EDL |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | PARTIES' CONSENT TO MAGISTRATE |
| MICHAEL CHERTOFF, Secretary of the | ) | JURISDICTION |
| Department of Homeland Security, and | ) | |
| CONDOLEEZA RICE, Secretary of the | ) | |
| Department of State, | ) | |
| | ) | |
|     Defendants. | ) | |

///

///

///

///

///

///

///

///

///

///

CONSENT TO MAGISTRATE
C07-03016 EDL

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Date: September 12, 2007                          Respectfully submitted,

                                                  SCOTT N. SCHOOLS
                                                  United States Attorney


                                                  _____/s/_____
                                                  MELANIE L. PROCTOR
                                                  Assistant United States Attorney
                                                  Attorneys for Defendants

Date: September 12, 2007                          _____/s/_____
                                                  JUSTIN X. WANG
                                                  Attorney for Plaintiff

CONSENT TO MAGISTRATE
C07-03016 EDL                          2