SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XIANGRUI MENG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary of the ) <br> Department of Homeland Security, and ) <br> CONDOLEEZA RICE, Secretary of the ) <br> Department of State, ) <br> ) <br> Defendants. ) <br> ) | No. C07-03016 EDL <br><br><br><br><br> STIPULATED DISMISSAL |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has scheduled his family for an interview on their I-730 petitions, and will expeditiously process the applications.

///

///

///

///

///

DEFENDANTS' ANSWER
C07-03016 EDL

1  Each of the parties shall bear their own costs and fees.

2  Date: September 11, 2007                      Respectfully submitted,

3                                                SCOTT N. SCHOOLS
                                                 United States Attorney
4

5                                                _____/s/_____
                                                 MELANIE L. PROCTOR
6                                                Assistant United States Attorney
                                                 Attorneys for Defendants
7

8  Date: September 11, 2007                      _____/s/_____
                                                 JUSTIN X. WANG
9                                                Attorney for Plaintiff

10

11                                       **ORDER**

12       Pursuant to stipulation, IT IS SO ORDERED.

13  Date:  September 13, 2007
                                                 _____
14                                               ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte]

DEFENDANTS' ANSWER
C07-03016 EDL                     2